# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NICOLE HICKS, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:12-CV-3645-RDP |
| LVNV FUNDING, LLC, | } |
| Defendant. | } |

## ORDER AND ENTRY OF FINAL JUDGMENT

Before the court is Plaintiff's Notice of Acceptance of Offer of Judgment and Request for Entry of Judgment Against Defendant (Doc. #15), filed on May 16, 2013. The parties have advised the court that an offer of judgment pursuant to Federal Rule of Civil Procedure 68 has been made and accepted.

Therefore, the court hereby enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant **in the amount of $5,000.00** inclusive of fees and costs.

**DONE** and **ORDERED** this 17th day of May, 2013.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE